IN THE UNITED STAES DISTRICT COURT
FOR THE EASTER DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRISTOL OAK PROPERTIES, INC., | : | |
| Plaintiff, | : | No. 25-cv-0504-JMY |
| | : | |
| vs. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 26th day of November 2025, upon consideration of the *Motion to Dismiss for Failure to State a Claim and for Lack of Subject Matter Jurisdiction* (ECF No. 14) filed by Defendants, the Commonwealth of Pennsylvania, Pennsylvania Department of Transportation, and Michael Carrol, the *Motion to Strike and Dismiss Plaintiff's Amended Complaint under Fed. R. Civ. P. 12(b)(6)* (ECF No. 16) filed by Defendants, Bensalem Township and Kenneth V. Farrall, as the Director of Building and Planning and the Zoning Officer for Bensalem Township, and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motions are **GRANTED** for the reasons set forth in the Memorandum filed by the Court along with this Order.

Plaintiff's Amended Complaint is dismissed with prejudice and without leave to amend.

**BY THE COURT**:

　/s/ John Milton Younge　
Judge John Milton Younge